## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INEZ B.,[1]<br><br>                            Plaintiff,<br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                          Defendant. | Case No. 4:18-cv-00030-TMB |

## **ORDER RE ATTORNEY FEES**

Having duly considered Plaintiff's Motion for Attorney Fees at Docket 36, Defendant's response in opposition at Docket 38 opposing the language in Plaintiff's proposed order, and Plaintiff's amended proposed order at Docket 39,

IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $3,345.58, consistent with *Astrue v. Ratliff*.[2] If the EAJA fees and costs are not subject to any offset and a valid assignment is provided to SSA, the award shall be paid directly to the order of Paul B. Eaglin. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices. All checks must be sent care of the

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States. *See* Memorandum, Committee on Court Administration and Case Management of the Judicial Conference of the United States (May 1, 2018), *available* https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

[2] 560 U.S. 586 (2000).

office of the Plaintiff's counsel at: Paul B. Eaglin, Eaglin Law Office, P.O. Box 6033, Syracuse, New York 13217-6033.

DATED this 3rd day of August, 2020 at Anchorage, Alaska.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

Case No. 4:18-cv-00030-TMB, *Inez B. v. Saul*
Order re Attorney's Fees
Page 2 of 2

Case 4:18-cv-00030-TMB   Document 40   Filed 08/03/20   Page 2 of 2